SCPW-19-0000056

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DAVE MOSKOWITZ; KATHRYN HENSKI; DOUGLAS E. CRUM, Petitioners,

vs.

CITY COUNCIL OF THE CITY AND COUNTY OF HONOLULU (Ann Kobayashi,
in her official capacity as Chair and Presiding Officer of the
City Council of the City and County of Honolulu, Ron Menor,
in his capacity as Vice-Chair of the City Council of the City
and County of Honolulu, and Carol Fukunaga, Kymberly Pine,
Heidi Tsuneyoshi, Ikaika Anderson, Joey Manahan, and Brandon
Elefante, as members of the City Council of the City and County
of Honolulu); GLEN I. TAKAHASHI, in his official capacity as
City Clerk of the City and County of Honolulu; PAUL S. AOKI,
in his capacity as Acting Corporation Counsel of the City
and County of Honolulu, Respondents.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners Dave Moskowitz,

Kathryn Henski, and Douglas E. Crum's petition for writ of

mandamus, filed on January 24, 2019, and the record, it appears

that petitioners' request for an extraordinary writ is not

warranted inasmuch as Section 3-105 of the Revised Charter of the

City and County of Honolulu sets forth the process to fill a

vacancy in the office of any councilmember for the City and County of Honolulu.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, February 14, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

